# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| TRACY L. CONNOLLY, | |
| Plaintiff, | Case No. 4:18-cv-00385- ALM |
| v. | Honorable Judge Amos L. Mazzant, III |
| SEATTLE SERVICE BUREAU, INC. d/b/a NATIONAL SERVICE BUREAU, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES, TRACY L. CONNOLLY ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, SEATTLE SERVICE BUREAU, INC. d/b/a NATIONAL SERVICE BUREAU, INC., without prejudice. Each party shall bear its own costs and attorney fees.

Dated: August 13, 2018

                                                                  Respectfully Submitted,

                                                                  /s/ Nathan C. Volheim
                                                                  Nathan C. Volheim
                                                                  *Counsel for Plaintiff*
                                                                  Sulaiman Law Group, Ltd.
                                                                  2500 S. Highland Avenue, Suite 200
                                                                  Lombard, IL 60148
                                                                  Phone (630) 575-8181 x113
                                                                  Fax: (630)575-8188
                                                                  nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on August 13, 2018, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

      */s/ Nathan C. Volheim*
      Nathan C. Volheim