# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| TRACY L. CONNOLLY, <br><br> Plaintiff, <br> v. <br><br> SEATTLE SERVICE BUREAU, INC. d/v/a NATIONAL SERVICE BUREAU, INC., <br><br> Defendant. | Case No: 4:18-cv-00385- ALM <br><br> Honorable Judge Amos L. Mazzant, III |

## ORDER OF DISMISSAL

Plaintiff, TRACY L. CONNOLLY ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court a Notice of Voluntary Dismissal without Prejudice and the Court having reviewed same, now finds that this matter should be dismissed without prejudice.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 6th day of December, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE